Mark Ogden; AZ Bar No. 017018
MOgden@littler.com
Melissa L. Shingles; AZ Bar No. 032645
MShingles@littler.com
LITTLER MENDELSON, P.C.
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: 602.474.3600
Facsimile: 602.926.8949

[*Additional Counsel Listed on Signature Page*]

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Hagins and Tommie Woodard, individually and on behalf of the Knight-Swift Transportation Retirement Plan,<br><br>Plaintiffs,<br><br>vs.<br><br>Knight-Swift Transportation Holdings, Inc.,<br><br>Defendant. | Case No. 2:22-CV-01835-PHX-ROS<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE** |

The Parties, through their undersigned counsel, hereby notify the Court that following a mediation conducted on August 11, 2025, and subsequent discussions and negotiations between the Parties, the Parties have reached an agreement in principle to settle all claims alleged in Plaintiffs' Class Action Complaint (Doc. 1) through a class-wide settlement subject to approval of the Court. The settlement will also resolve the claims alleged against Defendant in another action proceeding before this District, which is captioned *Sievert, et al. v. Knight-Swift Transportation Holdings, Inc.* (Case. No. 2:24-cv-02443).

The Parties are currently in the process of preparing a written settlement agreement which, when executed, will finalize their settlement. Then the Parties intend to submit a motion for preliminary approval of their settlement for the Court's consideration. The Parties believe they will be in a position to submit their motion for preliminary approval within sixty (60) days, or on or by **October 24, 2025**.

Additionally, in light of the settlement in principle, and in the interest of judicial economy, the Parties request that the Court stay this case, stay all existing case deadlines, and vacate the September 17, 2025 Interim Rule 16 Status Conference set per this Court's August 1, 2025 Order. (Dkt. No. 74, ¶D). This request is supported by good cause as it will allow the Parties to focus resources on finalizing their full settlement agreement and preparing their motion for preliminary approval of said settlement.

Further, the Parties ask that the Court accept this Joint Notice as the joint status report that the Parties were directed to file per the Court's August 1, 2025 Order. (*See* Dkt. No. 74, ¶C).

DATED: August 25, 2025

| /s/ Michael C. McCay (with permission) | /s/ Mark Ogden |
|---|---|
| Michael C. McKay, Esq.<br>MCKAY LAW, LLC<br>5635 North Scottsdale Rd., Suite 170<br>Scottsdale, Arizona 85250<br>mckay@mckay.law<br><br>Marc R. Edelman, *Pro Hac Vice*<br>MORGAN & MORGAN, P.A.<br>201 N. Franklin Street, Suite 700<br>Tampa, Florida 33602<br>MEdelman@forthepeople.com<br><br>Brandon J. Hill, *Pro Hac Vice*<br>Luis A. Cabassa, *Pro Hac Vice*<br>Amanda Heystek, *Pro Hac Vice*<br>WENZEL FENTON CABASSA, P.A.<br>1110 N. Florida Avenue, Suite 300<br>Tampa, Florida 33602<br>bhill@wfclaw.com<br>lcabassa@wfclaw.com<br>aheystek@wfclaw.com<br><br>*Counsel for Plaintiffs and the Class* | Mark Ogden, Esq.<br>Melissa L. Shingles, Esq.<br>LITTLER MENDELSON, P.C.<br>2425 E. Camelback Road, Suite 900<br>Phoenix, Arizona 85016<br>mogden@littler.com<br>mshingles@littler.com<br><br>Wesley E. Stockard, *Pro Hac Vice*<br>Rachel Kaercher, *Pro Hac Vice*<br>James S. Fielding, *Pro Hac Vice*<br>LITTLER MENDELSON P.C.<br>3424 Peachtree Road, NE, Suite 1200<br>Atlanta, GA  30326-4803<br>wstockard@littler.com<br>rkaecher@littler.com<br>jfielding@littler.com<br><br>Bradley Crowell, *Pro Hac Vice*<br>LITTLER MENDELSON P.C.<br>1900 Sixteenth Street, Suite 800<br>Denver, CO 80202-5835<br>bcrowell@littler.com<br><br>Angel L. Garrett, *Pro Hac Vice*<br>LITTLER MENDELSON P.C.<br>101 Second Street, Suite 1000<br>San Francisco, CA 94105<br>algarrett@littler.com<br><br>*Counsel for Defendant* |

I hereby certify that the content of this document is acceptable to all persons required to sign the document and that authorization to electronically sign this document has been obtained.

*/s/ Mark Ogden*

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants this 25th day of August, 2025:

Michael C. McKay, Esq.
MCKAY LAW, LLC
5635 North Scottsdale Rd., Suite 170
Scottsdale, Arizona 85250
mckay@mckay.law

Marc R. Edelman, *Pro Hac Vice*
MORGAN & MORGAN, P.A.
201 N. Franklin Street, Suite 700
Tampa, Florida 33602
MEdelman@forthepeople.com

Brandon J. Hill, *Pro Hac Vice*
Luis A. Cabassa, *Pro Hac Vice*
Amanda Heystek, *Pro Hac Vice*
WENZEL FENTON CABASSA, P.A.
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
bhill@wfclaw.com
lcabassa@wfclaw.com
aheystek@wfclaw.com

*Counsel for Plaintiffs and the Class*

*/s/ Tisha A. Davis*